# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELI MOSES,

    Defendant.

Case No. 2:89-cr-00085-LDG

**ORDER**

For good cause shown,

THE COURT **ORDERS** that the United States' Motion to Strike Defendant's Motions to Seal Records (#38) is GRANTED;

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall STRIKE the defendant's motions to seal records (## 34, 36).

DATED this _____ day of December, 2011.

_____
Lloyd D. George
United States District Judge